**FILED**

JUN 30 2014

Clerk, U.S. District and
Bankruptcy Courts

UNITES STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FORD, Delonte
5 Elmira ST SE
Washington DC 20032
Counterclaimant/Petitioner

§
§
§
§

Case: 1:14-cv-01100
Assigned To : Unassigned
Assign. Date : 6/30/2014
Description: Pro Se Gen. Civil

v

WILLIAM C. SMITH & COMPANY INC.,
Caulette Allen , WC SMITH, Robert O. Macarthy
1100 New Jersey Ave SE #1000
Washington, DC 20003
CITIGROUP
Respondents

Original Action

D.C. SUPERIOR COURT CASE NO. L & T 2547-14
WILLIAM C. SMITH, INC. & Robert O. Macarthy Plaintiffs v
DELONTE FORD as Defendant

Counter Complaint in Chancery

Tis special appearance and Venue selection are a diverse matter as the counterclaimant is an American/ US National pursuant to 8 USC §1401, DC Human Rights Act 1977, Forty First Congress Session III Chapter 62 Section 1 (The District of Columbia Organic Act of 1871), Executive Order 13107, DC Code 22 §3251 Extortion and Public Law 93 Stat 1284 positive law code 42 USC §1983.

Facts

1. The respondents assert that I am in default of original contract and initially occurred Feb2014.

2. A DC Superior court Praecipe of Restitution was filed on March 28th which an eviction is eminent.

3. May2013 notice was sent certified mail received by Claudette Allen informing the appropriate parties that WILLIAM C. SMITH was at FAULT OF BREACH noted as such:

   a) Contract stipulates prior to lease increase a notice and a 70% occupancy agreement are required.

**RECEIVED**

JUN 11 2014

Clerk, U.S. District and
Bankruptcy Courts

1

b) Any taxes related to lease shall be waived.

c) This breach as happened twice additionally.

d) WILLIAM C. SMITH would like the lease paid to WC SMITH, a third party, unrelated to original contract.

**U.S. Constitution Article I. Sec. 2 Clause 3**

Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding **Indians** not taxed, three fifths of all other Persons.

Summary

The right to protect private property from the danger of a person threatening the safety of the property is protected by the United States Constitution Article IV states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States". The respondents e.g. CITIGROUP as an owner in the property, have attempted to deprive ones' property i.e. resources and Constitutional rights under threat of eviction causing domestic violence using a racketeering enterprise.

**Demand for Remedy**

The judgment ordered $1,000,000.00USD or mineral equivalent.

28 USC 1746

202-360-7700